IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONDRIGUEZ LEVAR LOVE,<br><br>Defendant. | 3:21-CR-00106-FDW-DSC |

## ORDER FOR PRODUCTION OF DOCUMENTS AND OBJECTS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17(b)&(c)

Defense counsel for Dondriguez Love seeks a Subpoena Duces Tecum under Rule 17(b) and (c) of the Federal Rules of Criminal Procedure and a records-custodian affidavit under Rule 902(11) of the Federal Rules of Evidence. Based upon the Motion, this Court finds good cause to issue the Subpoena and order the affidavit. This Court further finds that Defendant is financially unable to pay the costs and fees associated with the Subpoena.

The Clerk shall therefore issue the Subpoena to:

Robin Watkins, PhD, ABPP (Forensic)
Federal Bureau of Prisons
MCC Chicago
71 W. Van Buren Street
Chicago, Illinois 60605

Documents and objects to be produced:

All raw testing data (scores and responses upon which those scores were based), subtest scores, and notes from interviews pertaining to Defendant.

Deadline and place for production:

1

The raw testing data and subtest scores are to be produced on or before October 24, 2022, to defense Psychologist Robert Ouauo PhD, via email: neuropsych@icloud.com. The notes from interviews pertaining to Defendant are to be produced to defense counsel on or before October 24, 2022, via email: Nicole_Lybrand@fd.org

The Subpoena shall further direct the custodian of the subpoenaed records to execute an affidavit that complies with the Federal Rule of Evidence 902(11). The affidavit may be drafted by the Federal Public Defender and attached to the Subpoena for the records custodian to complete.

**SO ORDERED.**

Signed: October 18, 2022

_____

David S. Cayer
United States Magistrate Judge