**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

FILED
CHARLOTTE, NC

OCT 25 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:21cr106**

V.

**ORDER**

**DONDRIGUEZ LEVAR LOVE**

---

This **MATTER** is before the Court upon the Government's (Doc # 60) Motion to Dismiss the Indictment in this case.

The Court finds that the defendant, who was previously found by this Court to be incompetent, is unlikely to attain the capacity to proceed in the foreseeable future based on the Report of Examination submitted by Dr. Yasmeen Abdelaal of the Bureau of Prisons. The Court further finds that the defendant is unlikely to benefit from confinement for an additional reasonable period of time pursuant to Title 18, United States Code, Section 4241(d)(2). The government will not pursue a motion to involuntarily medicate the defendant. The government will not seek to continue to detain the defendant once the Indictment in this case is dismissed. To the government's knowledge, the defendant has not exhibited any aggressive or destructive behavior, issued any threats with clear behavior intent toward others, and there is no current evidence that he poses a substantial risk of dangerousness.

**IT IS THEREFORE ORDERED** that Government's Motion To Dismiss the Indictment in this case is granted.

The Clerk is directed to certify copies of this order to Defendant, Counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: October 25, 2023

Frank D. Whitney
United States District Judge